IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 09-50161-TUC-RCC(HCE) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DIONICIO PEREZ,<br>aka DIONICIO REYES–PEREZ, | ) | |
| Defendant. | ) | |

The Court has reviewed the Magistrate Judge's Report and Recommendation and no objections having been filed,

**IT IS ORDERED ADOPTING** the Report and Recommendation filed on 1/11/2011 (Doc. 19), and the Court finds the defendant has committed a federal offense while on supervised release.

Admit/Deny hearing remains set for 3/21/2011 at 10:30 a.m. before Magistrate Judge Estrada.

DATED this 23rd day of February, 2011.

Raner C. Collins
United States District Judge